**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **STORY LEE WOOD,**  Defendant. | CR 17-16-GF-BMM  **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Story Lee Wood appeared before the Court on May 30, 2017, and entered a plea of guilty to Count VIII of the Indictment. He also admitted the forfeiture allegation. Wood's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Wood's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- Harrington & Richardson (H&R), model 532, .32 caliber revolver, with serial number BA037337;

- Ruger, model LCP, .380 auto caliber, semi-automatic pistol, serial number obliterated;

- Haskell Manufacturing, Inc. (Hi-Point Firearms), model JHP, .45 caliber, semi-automatic pistol, serial number X435625; and

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 2nd day of June 2017.

_____
Brian Morris
United States District Court Judge